| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Gruender, Raymond W | 2. Court or Organization<br>Eighth Circuit Court of Appeal | 3. Date of Report<br>3/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5. ReportType (check appropriate type)<br>○ Nomination   Date<br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>111 South Tenth Street<br>Suite 23.365<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisor | W.R. Persons Charitable Trust (advise on charities to receive funding; no control or involvement in investment or disposition of assets) |
| 2. Executive Board | Midwest High Intensity Drug Trafficking Area (HIDTA) (serve in capacity as U.S. Attorney - resigned 06/04) |
| 3. Executive Board | Gateway Information Sharing Project (serve in capacity as U.S. Attorney - resigned 06/04) |
| 4. Allocations Committee | Variety Club of St. Louis (advise on charities to receive funding; no control or involvement in investment or disposition of assets) |

## II. AGREEMENTS. (Reporting individual only see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR -4 A 10: 01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. ( eporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Aon Consulting ▪▪▪▪▪▪▪▪▪ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gruender, Raymond W | 3/28/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UMB Bank (checking account) | A | Interest | K | T | | | | | |
| 2. UMB Bank (money market account) | A | Interest | J | T | Closed | 7-21 | K | | |
| 3. Cisco common stock | | None | J | T | | | | | |
| 4. Citigroup common stock | A | Dividend | J | T | | | | | |
| 5. Corning common stock (X) | | None | J | T | | | | | |
| 6. Crown Holding common stock (X) | | None | J | T | | | | | |
| 7. Dell common stock | | None | J | T | | | | | |
| 8. Exxon Mobil common stock | A | Dividend | J | T | | | | | |
| 9. Federal National Mortgage common stock | A | Dividend | J | T | | | | | |
| 10. FedEx common stock | A | Dividend | J | T | | | | | |
| 11. Ford common stock | A | Dividend | J | T | | | | | |
| 12. Fox Entertainment common stock | | None | J | T | | | | | |
| 13. General Electric common stock | A | Dividend | J | T | | | | | |
| 14. Home Depot common stock | A | Dividend | J | T | | | | | |
| 15. Intel common stock | A | Dividend | J | T | | | | | |
| 16. Merck common stock | A | Dividend | J | T | | | | | |
| 17. Microsoft common stock | A | Dividend | J | T | | | | | |
| 18. Oracle common stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,00- $1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Proctor & Gamble common stock | A | Dividend | J | T | | | | | |
| 20. Talbot's common stock | A | Dividend | J | T | | | | | |
| 21. U.S. Steel common stock | A | Dividend | J | T | | | | | |
| 22. Verisign common stock | | None | J | T | | | | | |
| 23. Wal-Mart common stock | A | Dividend | J | T | | | | | |
| 24. Xerox common stock | | None | J | T | | | | | |
| 25. Yahoo common stock | | None | J | T | | | | | |
| 26. Scottrade money market | A | Interest | K | T | | | | | |
| 27. IRA--American Funds; Small Cap World Fund | A | Dividend | J | T | | | | | |
| 28. IRA--Scottrade | A | Dividend | L | T | | | | | |
| 29. --AIM Large Cap Growth Fund (f/k/a Invesco Growth Fund) | | | | | | | | | |
| 30. --AIM Technology Fund (f/k/a Invesco Technology) | | | | | | | | | |
| 31. --AIM Small Co. Growth Fund (f/k/a Invesco Small Co. Fund) | | | | | | | | | |
| 32. --Fidelity Advisor Growth Opportunities | | | | | | | | | |
| 33. --Gabelli Global Growth Fund | | | | | | | | | |
| 34. --Gabelli Value Fund | | | | | | | | | |
| 35. --Janus Enterprise Fund | | | | | | | | | |
| 36. --Janus Mercury Fund | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --MFS Emerging Growth Fund | | | | | | | | | |
| 38. --MFS Massachusetts Investors Growth Stock Fund | | | | | | | | | |
| 39. --Putnam International Equity Fund | | | | | | | | | |
| 40. --Putnam New Opportunities Fund | | | | | | | | | |
| 41. --T. Rowe Price Blue Chip Growth Fund | | | | | | | | | |
| 42. --T. Rowe Price Science and Technology Fund | | | | | | | | | |
| 43. --Scottrade Money Market | | | | | | | | | |
| 44. Towers-Perrin 401(k) Savings Plan (Mix D, indep. Managed) | | None | M | T | | | | | |
| 45. Aon Savings Plan | D | Dividend | L | T | | | | | |
| 46. --Dodge & Cox Stock Fund | | | | | Buy | Bi-mo | J | | |
| 47. --Invesco 500 Index Trust | | | | | Sold | 1st Q | J | | |
| 48. --Invesco Dynamics | | | | | Sold | 1st Q | J | | |
| 49. --Managers Special Equity | | | | | Buy | Bi-mo | J | | |
| 50. --Invesco International Equity Trust | | | | | Sold | 1st Q | J | | |
| 51. --Aon Common Stock | | | | | | | | | |
| 52. --Invesco Asset Allocation Trust | | | | | Sold | 1st Q | K | | |
| 53. --V guard Capital Opportunities | | | | | Buy | Bi-mo | J | | |
| 54. --American Funds - EuroPacific Growth | | | | | Buy | Bi-mo | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and C3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. --SSgA S&P 500 Index Strategy | | | | | Buy | Bi-mo | J | | |
| 56. --NDR Asset Allocation Strategy | | | | | Buy | Bi-mo | K | | |
| 57. ▓▓▓▓▓▓▓▓▓▓ | D | Dividend | M | | | | | | See note Part VIII |
| 58. --Vanguard Tax Exempt Money Market | | | | | Buy | 2/12 | J | | |
| 59. --Vanguard Intermediate Term Tax Exempt Fund | | | | | Buy | 02/11 | L | | |
| 60. | | | | | Buy | 03/1 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001- 5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII, Line 57: ▉▉▉▉ is trustee and a beneficiary. This trust was created and initially funded during the gap period between the ending date of my nomination reprot (09/01/03) and the beginning of this reporting period (01/01/04).

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gruender, Raymond W | 3/28/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                          Date  3/2 8/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544